IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RENEE E. HALTIE,** | : | |
| *Plaintiff*, | : | |
| v. | : | CIVIL ACTION |
| | : | |
| **CAROLYN W. COLVIN,** | : | NO. 13-7166 |
| Acting Commissioner of Social Security, | : | |
| *Defendant*. | : | |

# O R D E R

**AND NOW**, this 7th day of July, 2015, upon consideration of Ms. Haltie's Request for Review (Doc. No. 12), Defendant's Response (Doc. No. 14), and after review of the Report and Recommendation of U.S. Magistrate Judge Thomas J. Rueter (Doc. No. 16), and Ms. Haltie's Objections thereto (Doc. No. 17) it is hereby **ORDERED** that:

1. The Court **DECLINES** to adopt the Report and Recommendation (Doc. No. 16);

2. Plaintiff's Request for Review (Doc. No. 12) is **GRANTED in part and DENIED in part**;

3. The matter is **REMANDED** to the Commissioner for further review, as outlined in the Memorandum accompanying this Order; and

4. The Clerk of the Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE